**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. EDCV 01-00194-VAP(SGLx) Date June 29, 2001

Title: ANTHONY R. MARTINEZ, aka ANTONIO R. MARTINEZ, aka TONY MARTINEZ -v- THE UNITED STATES OF AMERICA, does 1 through 10, Inclusive

---

PRESENT HONORABLE VIRGINIA A. PHILLIPS, U S. DISTRICT JUDGE

Rachel Ingram
Courtroom Deputy

None Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS

NO APPEARANCE

ATTORNEYS PRESENT FOR DEFENDANTS

NO APPEARANCE

PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than July 16, 2001, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 11
CIVIL -- GEN

ENTER ON ICMS
JUL - 2 2001

Initials of Deputy Clerk RI