**SEND**

**ENTER JS-6**

ENTERED
JUL 24 2001
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

FILED
CLERK, U S DISTRICT COURT
JUL 2 3 2001
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY R MARTINEZ, aka ANTONIO R. MARTINEZ, aka TONY MARTINEZ,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA, does 1 through 10, Inclusive,

Defendants.

Case No. EDCV 01-00194-VAP(SGLx)

**ORDER OF DISMISSAL**

THE COURT having ordered the Plaintiff to show cause in writing, not later than July 16, 2001, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 12.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

ENTER ON ICMS
JUL 24 2001

Dated: July 23, 2001

Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

6